JS-6

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   ALBERT YUM,                          Case No. 8:23-cv-01786-JWH-DFM

12              Plaintiff,                 **JUDGMENT**

13          v.

14   JPMORGAN CHASE BANK, N.A.,

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Pursuant to the "Hearing Re: Defendants' Motion to Dismiss [ECF
2  No. 11]; Plaintiff's Motion to Remand [ECF No. 18]," and in accordance with
3  Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,
4     It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
5     1.     This Court possesses subject matter jurisdiction over the above-
6  captioned action pursuant to 28 U.S.C. § 1331.
7     2.     The operative pleading is the "Claim and ORDER to Go to Small
8  Claims Court," which the Court has liberally construed as a Complaint.
9     3.     Defendant JPMorgan Chase Bank, N.A. shall have **JUDGMENT**
10 in its **FAVOR**, and **AGAINST** Plaintiff Albert Yum.  Plaintiff Albert Yum shall
11 take nothing by way of his Complaint.  This action is **DISMISSED**.
12    4.     Other than potential post-judgment remedies (including those
13 provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent
14 that any party requests any other form of relief, such request is **DENIED**.
15    **IT IS SO ORDERED.**
16
17 Dated: _January 2, 2024_____
18                                    John W. Holcomb
                                     UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28